UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. BROCKMAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-01254 |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated June 17, 2022 (Dkt. No. 18), the parties provide the following Joint Status Report for this Freedom of Information Act ("FOIA") case:

The Internal Revenue Service (the "Service") has identified additional custodians of potentially responsive records and has begun searching for additional records that may be responsive to Plaintiff's FOIA request. Because Plaintiff's FOIA request potentially encompasses a very large universe of records, and because these additional searches have just begun, the Service is unable to state the anticipated number of responsive records at this time. Similarly, the Service is unable to provide anticipated dates for release of any responsive, nonexempt records.

A stay under 5 U.S.C. § 552(a)(6)(C)(i) and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is not applicable in this case. However, the Service reserves its right to seek a stay at a later time, in light of the other federal cases potentially involving Plaintiff.[1]

---

[1] For example, *see Robert T. Brockman v. United States of America*, 4:22-cv-00202 (S.D. Tex.); *Robert Brockman v. Comm'r*, Docket No. 764-22 (T.C.); *United States v. Robert T. Brockman*, 4:21-cr-00009 (S.D. Tex.).

1

The Service will provide a *Vaughn* index in this case for all responsive records withheld pursuant to one or more FOIA exemptions.

Plaintiff's Position

Plaintiff proposes that the Court schedule a status conference in 30 days to discuss the timing of when the Service will begin to release responsive records and when the Service will complete its production and meet its obligations under FOIA. Plaintiff believes that thirty days should provide the Service sufficient time to complete its additional searches and ascertain the universe of potentially responsive records. Plaintiff believes that setting such a schedule will allow for this case to proceed efficiently, preserving the resources of the Court and the parties.

Defendant's Position

The Service does not believe a status conference in 30 days would be productive. There may be thousands of responsive records and numerous custodians of records. The Service does not believe it can complete its searches, review the records for responsiveness, and then determine a timeline for production of responsive, non-exempt documents (if any) within 30 days. In order to provide the Court with a time estimate for review and production, the Service must first complete its initial searches, so it knows whether there are 500 records or 50,000 records. Consequently, the Service proposes to provide a status report to Plaintiff every 30 days, and proposes that the parties provide joint status reports to the Court every 90 days.

Dated: June 30, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice

P.O. Box 227
Washington, D.C. 20044
(202) 598-7821 (telephone)
(202) 514-6866 (facsimile)
Kieran.O.Carter@usdoj.gov
*Attorney for the Internal Revenue Service*

*/s/ Frank J. Jackson*
Frank J. Jackson (*admitted pro hac*)
New York Bar No. 2870251
Email: fjackson@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 212-326-8329
Facsimile: 212-755-7306
*Attorney for Plaintiff Robert T. Brockman*

3

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of June, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*Counsel for Plaintiff*
Anthony Joseph DeRiso, III
Aderiso@jonesday.com

Frank J. Jackson
Fjackson@jonesday.com

Kathryn Keneally
Kkeneally@jonesday.com

Michael Joseph Scarduzio
Mscarduzio@jonesday.com

Irina K. Bleustein
Ibleustein@jonesday.com

      */s/ Kieran O. Carter*
      KIERAN O. CARTER
      Virginia Bar No. 81953
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 227
      Washington, D.C. 20044
      (202) 598-7821 (telephone)
      (202) 514-6866 (facsimile)
      Kieran.O.Carter@usdoj.gov
      *Attorney for the Internal Revenue Service*