UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. BROCKMAN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> INTERNAL REVENUE SERVICE, § <br> § <br> Defendant. § <br> § | Case No. 1:22-cv-01254-FYP |

**CONSENT MOTION FOR SUBSTITUTION OF PLAINTIFF**

Dorothy K. Brockman, as Independent Executor of the Estate of Robert T. Brockman, deceased (the "Estate"), through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute herself, in her capacity as the Independent Executor of the Estate, as Plaintiff in this matter. Defendant does not oppose this motion. In support, counsel for Plaintiff Robert T. Brockman, deceased, states as follows:

Mr. Brockman died on August 5, 2022. Dorothy K. Brockman has instructed Plaintiff's counsel to substitute herself, in her capacity as the Independent Executor of the Estate, as the Plaintiff in this case. Attached hereto as Exhibits A and B, respectively, are:

1. The Certificate of Death of Mr. Brockman;[1] and

2. Letters Testamentary reflecting the appointment of Dorothy K. Brockman as the Independent Executor of the Estate.

---

[1] Mr. Brockman's death certificate attached hereto has been redacted in compliance with Federal Rule of Civil Procedure 5.2.

Dated: November 10, 2022

Respectfully submitted,

/s/ *Irina K. Bleustein*
Irina K. Bleustein
District of Columbia Bar No. 1044772
Email: ibleustein@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: 202-879-3653
Facsimile: 202-626-1700

Kathryn Keneally (admitted *Pro Hac Vice*)
New York Bar No. 1866250
Email: kkeneally@jonesday.com
Frank J. Jackson (*admitted Pro Hac Vice*)
New York Bar No. 2870251
Email: fjackson@jonesday.com
Michael J. Scarduzio (admitted *Pro Hac Vice*)
New York Bar No. 5147186
Email: mscarduzio@jonesday.com
Anthony J. DeRiso (admitted *Pro Hac Vice*)
New York Bar No. 5787312
Email: aderiso@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Attorneys for Plaintiff Robert T. Brockman*

**CERTIFICATE OF SERVICE**

      I certify that on this 10th day of November, 2022, I electronically served this document on all counsel of record.   I also certify that on this 10th day of November, 2022, I caused this document to be served on nonparty, Dorothy K. Brockman, as required by Rule 4 of the Federal Rules of Civil Procedure.

                                              */s/ Michael J. Scarduzio*
                                              Michael J. Scarduzio

## CERTIFICATE OF CONFERENCE

Pursuant to L. Civ. R. 7(m), I hereby certify that counsel for Plaintiff conferred with counsel for Defendant on November 10, 2022, and counsel for Defendant has stated that Defendant does not oppose this Consent Motion for Substitution of Plaintiff.

*/s/ Michael J. Scarduzio*
Michael J. Scarduzio
