**EXHIBIT B**



# Teneshia Hudspeth
COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

In Matter of Probate                           { Docket No. **508795**

County Probate Court No. 2                     {
                                               { In the Estate of: **Robert Theron Brockman,**
Harris County, Texas                           { **Deceased**

## LETTERS TESTAMENTARY

Know all men by these presents that it is hereby certified:

1. On **November 02, 2022, Dorothy Kay Brockman** was duly appointed by order of said court as **Independent Executor,** of the Last Will and Testament of **Robert Theron Brockman, Deceased**;

2. On **November 03, 2022,** said **Independent Executor** qualified as the law requires;

3. Insofar as the records in my office show, said **Independent Executor** is still acting in said capacity.

Witness my hand and seal of said court, at Houston, Texas, on **November 07, 2022.**

(SEAL)



Teneshia Hudspeth, County Clerk
County Probate Court No. 2
201 Caroline, Room 800
Harris County, Texas

*A.Jizzelle Ward*
A.Jizzelle Ward
Deputy County Clerk