IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY K. BROCKMAN, in her capacity as Independent Executor of the estate of Robert T. Brockman,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 1:22-cv-01254-ACR |

**INTERNAL REVENUE SERVICE'S STATUS REPORT**

Pursuant to the Court's Minute Order dated June 16, 2023, the Internal Revenue Service (the "Service") provides the following status report for this Freedom of Information Act case.

Since the Service's last status report on February 20, 2024, the Service has made two additional productions of responsive records (its February and March 2024 productions). The Service has processed 12,726 pages of records through March 2024. The Service will make its April production before the end of this month.

Dated: April 8, 2024

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 598-7821 (telephone)
(202) 514-6866 (facsimile)
Kieran.O.Carter@usdoj.gov