IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOROTHY K. BROCKMAN, in her capacity as Independent Executor of the estate of Robert T. Brockman,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 1:22-cv-01254-ACR |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action without prejudice, with each party to bear its own costs, attorney's fees, and expenses.

Dated: June 21, 2024

*/s/ Irina K. Bleustein*
Irina K. Bleustein
District of Columbia Bar No. 1044772
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: 202-879-3653
Facsimile: 202-626-1700
ibleustein@jonesday.com

*/s/ Frank J. Jackson*
FRANK J. JACKSON (*admitted pro hac*)
New York Bar No. 2870251
MICHAEL J. SCARDUZIO (*admitted pro hac*)
New York Bar No. 5147186
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5369
Facsimile: (212) 547-5444
fjackson@mwe.com
mscarduzio@mwe.com

*/s/ Kathryn Keneally*
KATHRYN KENEALLY (*admitted pro hac*)
New York Bar No. 1866250
ANTHONY DERISO (admitted pro hac)
New York Bar No. 5787312
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Telephone: 202-879-3653
Facsimile: 202-626-1700
kkeneally@jonesday.com

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kieran O. Carter*
KIERAN O. CARTER
Virginia Bar No. 81953
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 616-1920
Facsimile: (202) 514-6866
Kieran.O.Carter@usdoj.gov